1  VICTORIA H. STAFFORD (No. 148053)
   Attorney at Law
2  6114 LaSalle Ave., No. 161
   Oakland, CA 94611
3  Telephone (510) 893-2783

4  Attorney for Petitioner
   DELANO TOLDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO TOLDEN, | ) |
| Petitioner, | ) D.C. No. C08-03782 |
| v. | ) **ORDER** |
| JAMES E. TILTON, Director, Department of Corrections, | ) |
| Respondent. | ) |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Victoria H. Stafford shall be appointed as counsel for Petitioner. This appointment shall be made retroactive to July 20, 2008.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

1 | VICTORIA H. STAFFORD (No. 148053)
Attorney at Law
2 | 6114 LaSalle Ave., No. 161
Oakland, CA 94611
3 | Telephone (510) 893-2783

4 | Attorney for Petitioner
DELANO TOLDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELANO TOLDEN, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | D.C. No. C08-03782 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES E. TILTON, Director, | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Victoria H. Stafford shall be appointed as counsel for Petitioner.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

VICTORIA H. STAFFORD (No. 148053)
Attorney at Law
6114 LaSalle Ave., No. 161
Oakland, CA 94611
Telephone (510) 893-2783

Attorney for Petitioner
DELANO TOLDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO TOLDEN,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES E. TILTON, Director,<br>        Department of Corrections,<br><br>        Respondent. | D.C. No, D.C. No. C08-03782<br><br>**ORDER** |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that _____ shall be appointed as counsel for Petitioner.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE