1   VICTORIA H. STAFFORD (No. 148053)
    Attorney at Law
2   6114 LaSalle Ave., No. 161
    Oakland, CA 94611
3   Telephone (510) 893-2783

4   Attorney for Petitioner
    DELANO TOLDEN
5

6                   UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8   DELANO TOLDEN,                  )
                                    )
9                    Petitioner,    )     D.C. No. C08-03782
                                    )
10          v.                      )     **ORDER**
                                    )
11  JAMES E. TILTON, Director,      )
            Department of Corrections, )
12                                  )
                     Respondent.    )
13  _____ )

14          Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT

15  IS HEREBY ORDERED that Victoria H. Stafford shall be appointed as counsel for Petitioner.

16  This appointment shall be made retroactive to July 20, 2008.

17          8/11/08

18  Dated: _____

19

20                                       _____
                                         UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27                              1

28  ─────────────────────────────────────────────
              MOTION FOR APPOINTMENT OF COUNSEL