IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELANO TOLDEN,

    Plaintiff,

  v.

JAMES E. TILTON,

    Defendant.
_____/

No. C 08-03782 CW

ORDER GRANTING PETITIONER'S REQUEST FOR RELIEF FROM DEFAULT AND TO LATE FILE REPLY
(Docket # 16)

Petitioner Delano Tolden, through counsel, requests permission to be allowed to file, one day beyond the deadline, his reply to Respondent's Answer to Petition for Writ of Habeas Corpus. Petitioner also requests any necessary relief from default. Respondent has not filed an opposition. Having considered Petitioner's papers, the Court hereby grants his requests to file his reply and for relief from default.

    IT IS SO ORDERED.

Dated: January 29, 2010

CLAUDIA WILKEN
United States District Judge