IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO TOLDEN,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Defendant.                    / | No. 08-03782 CW<br><br>AMENDMENT TO ORDER DENYING PETITION FOR HABEAS CORPUS |

The March 1, 2010 Order Denying Petition for Habeas Corpus is amended as follows.  On page 14, lines 23-24, the sentence, "However, in other testing, Petitioner scored from 69 to 70." is deleted.  On page 14, lines 24-27, the sentence is changed to read, "Dr. Derning also testified that reports from other professionals opined that Petitioner was of average intelligence, although he thought the psychometric data proved otherwise.  RT at 579, 595."

    IT IS SO ORDERED.

Dated: April 13, 2010

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge